## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br><br>CATHARINE GIGNAC, JACOB GIGNAC, and JEREMY GIGNAC,<br><br>Plaintiffs,<br><br>v.<br><br>BLACKBAUD, INC.,<br><br>Defendant. | Case No. 3:20-mn-02972-JFA<br><br>MDL No. 2972<br><br>Case No. 3:21-cv-00419 |

## STIPULATION OF DISMISSAL

Pursuant to the terms of the confidential settlement agreement reached between Plaintiffs and Defendant Blackbaud, Inc., IT IS HEREBY STIPULATED AND AGREED by the parties and their undersigned counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is dismissed with prejudice.

Dated:   September 16, 2025            Respectfully submitted,

BURR & FORMAN LLP

*/s/ Celeste T. Jones*
Celeste T. Jones (Fed. ID # 2225)
1221 Main Street, Suite 1800
Columbia, South Carolina 29201
Tel: (803) 799-9800
CTJones@burr.com

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.
100 Spectrum Center Dr., Suite 1500
Irvine, California 92618
(949) 622-2722
ron.raether@troutman.com


**LONGMAN LAW PC**

*/s/ Howard T. Longman*
Howard T. Longman
354 Eisenhower Pkwy, Suite 1800
Livingston, NJ 07039
(973) 994-2315
hlongman@longmanlaw.com

**SOLIDARITY LAW**

*/s/ Jeffrey N. Young*
Jeffrey N. Young
9 Longmeadow Road
Cumberland Foreside, ME 04110
(207) 844-4243

**THE GRANT LAW FIRM PLLC**
*/s/ Lynda J. Grant*
Lynda J. Grant
521 Fifth Ave., 17th Floor
New York, NY 10175
(212) 292-4441

*Counsel for Plaintiffs*